**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| WILLIE DUMAS o/b/o D.D., ) | |
| ) | CASE NO. 1:09CV2493 |
| Plaintiff, ) | |
| ) | |
| v. ) | MAGISTRATE JUDGE GREG WHITE |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | **JUDGMENT ENTRY** |
| ) | |
| Defendant. ) | |

Consistent with the Memorandum Opinion & Order of this Court also filed this date, the Commissioner's final decision is affirmed and judgment entered in favor of the defendant.

IT IS SO ORDERED.

                                                                   s/ Greg White
                                                          United States Magistrate Judge

Date: August 23, 2010